# United States District Court
## District of New Jersey

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Mark Falk** |
| v. | : | **Magistrate No. 12-3613-12** |
| **JOSEPH GRAZIANO** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint motion of Paul Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing) and defendant, Joseph Graziano (Lawrence S. Lustberg, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from March 22, 2013 through and including May 21, 2013, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, this being the sixth continuance order and the defendant being aware that he has the right to have this matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are being undertaken and are currently in progress, and both the United States and the defendant desires additional time to negotiate a plea agreement, which would render indictment and a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 27 day of March, 2013

ORDERED that this action be, and it hereby is, continued from March 22, 2013 through and including May 21, 2013;

IT IS FURTHER ORDERED that the period from March 22, 2013 through and including May 21, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

---

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of this Order

---

LAWRENCE S. LUSTBERG, ESQ.
ATTORNEY FOR DEFENDANT
JOSEPH GRAZIANO

---

ANTHONY MOSCATO
ASSISTANT U.S. ATTORNEY

---

DAVID MALAGOLD
CHIEF, ORGANIZED CRIME AND GANGS UNIT

WHEREFORE, IT IS on this _____ day of March, 2013

ORDERED that this action be, and it hereby is, continued from March 22, 2013 through and including May 21, 2013;

IT IS FURTHER ORDERED that the period from March 22, 2013 through and including May 21, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of this Order

_____
LAWRENCE S. LUSTBERG, ESQ.
ATTORNEY FOR DEFENDANT
JOSEPH GRAZIANO

_____
ANTHONY MOSCATO
ASSISTANT U.S. ATTORNEY

_____
DAVID MALAGOLD
CHIEF, ORGANIZED CRIME AND GANGS UNIT